1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,    )   Case No. 07-1309
                                  )
11                  Plaintiff,    )   ORDER OF PRETRIAL DETENTION
                                  )        AFTER HEARING
12            v.                  )   (18 U.S.C. § 3142(i))
                                  )
13   Celso Santana - Moreno       )
                                  )
14                  Defendant.    )
                                  )
15   _____)

16                                        I.

17        A.   ( ) Upon motion of the Government in a case that involves:

18             1.   ( ) a crime of violence or an offense listed in

19                      18 U.S.C. § 2332b(g)(5)(B), for which a

20                      maximum term of imprisonment of ten (10)

21                      years or more is prescribed; or

22             2.   ( ) an offense for which the maximum sentence is

23                      life imprisonment or death; or

24             3.   ( ) an offense for which a maximum term of

25                      imprisonment of ten (10) years or more is

26                      prescribed in the Controlled Substances Act,

27                      Controlled Substances Import and Export Act

28                      or Maritime Drug Law Enforcement Act; or

1           4.   ( ) any felony if defendant has been convicted of

2                   two or more offenses described in

3                   subparagraphs 1-3 above, or two or more state

4                   or local offenses that would have been

5                   offenses described in subparagraphs 1-3 above

6                   if a circumstance giving rise to federal

7                   jurisdiction had existed, or a combination of

8                   such offenses.

9           5.   ( ) any felony that is not otherwise a crime of

10                  violence that involves a minor victim, or

11                  possession or use of a firearm or destructive

12                  device or any other dangerous weapon, or a

13                  failure to register under 18 U.S.C. § 2250.

14  B.  Upon motion (✓) of by the Government ( ) of the Court <u>sua</u>

15      <u>sponte</u>, in a case that involves:

16      1.  (✓) a serious risk that defendant will flee;

17      2.  ( ) a serious risk that defendant will

18          a.  ( ) obstruct or attempt to obstruct justice;

19              or

20          b.  ( ) threaten, injure, or intimidate a

21              prospective witness or juror or attempt

22              to do so.

23  C.  The Government ( ) is (✓) is not entitled to a rebuttable

24  presumption that no condition or combination of conditions will

25  reasonably assure defendant's appearance as required and the safety of

26  any person or the community.

27

28

2

II.

A.  ( ✓ )      The Court finds by a preponderance of the evidence
                that no condition or combination of conditions
                will reasonably assure the appearance of defendant
                as required;

B.  ( ✓ )      The Court finds by clear and convincing evidence
                that no condition or combination of conditions
                will reasonably assure the safety of any other
                person and the community.

III.

The Court has considered:

A.  ( ✓ ) the nature and circumstances of the offense(s) charged;

B.  ( ✓ ) the weight of the evidence against defendant;

C.  ( ✓ ) the history and characteristics of defendant;

D.  ( ✓ ) the nature and seriousness of the danger to any person
          or the community that would be posed by defendant's
          release;

E.  ( ✓ ) the Pretrial Services Report/Recommendation;

F.  (   ) the evidence proffered/presented at the hearing;

G.  ( ✓ ) the arguments of counsel.

///
///
///
///
///
///

3

IV.

The Court concludes:

A.   ( ✓ ) Defendant poses a risk to the safety of other persons
and the community based on: _multiple ___ prior_
_drug distribution convictions_
_____
_____

B.   ( ✓ ) Defendant poses a serious flight risk based on: _____
_illegal status and criminal history_
_____
_____

C.   ( ) A serious risk exists that defendant will:
  1.   ( ) obstruct or attempt to obstruct justice;
  2.   ( ) threaten, injure or intimidate a prospective
    witness or juror or attempt to do so;
  based on: _____
  _____
  _____
  _____

D.   ( ) Defendant has not rebutted by sufficient evidence to
the contrary the presumption provided in 18 U.S.C.
§ 3142(e) that no condition or combination of
conditions will reasonably assure the safety of any
other person and the community;
and/or

4

1    ( ) Defendant has not rebutted by sufficient evidence to
2         the contrary the presumption provided in 18 U.S.C.
3         § 3142(e) that no condition or combination of
4         conditions will reasonably assure the appearance of
5         defendant as required.
6    IT IS ORDERED that defendant be detained prior to trial.
7    IT IS FURTHER ORDERED that defendant be committed to the custody
8    of the Attorney General for confinement to a corrections facility
9    separate, to the extent practicable, from persons awaiting or serving
10   sentences or persons held in custody pending appeal.
11   IT IS FURTHER ORDERED that defendant be afforded reasonable
12   opportunity for private consultation with defendant's counsel.
13   IT IS FURTHER ORDERED that, on Order of a Court of the United
14   states or on request of an attorney for the Government, the person in
15   charge of the corrections facility in which defendant is confined
16   deliver defendant to a United States Marshal for the purpose of an
17   appearance in connection with a court proceeding.
18   DATED:     8/14/07
19
20                              HONORABLE JACQUELINE CHOOLJIAN
21                              United States Magistrate Judge
22
23
24
25
26
27
28